# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 15-00883 JVS (JCGx) | Date August 24, 2015 |
| Title Tracy M. Munchoff v. Colton W. Munchoff, et al. | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Van Riper | James Castle |
| Daniel O'Sullivan | Jens LeVine |

**Proceedings:**  Met Life Defendants' Motion to Dismiss

Plaintiff's Motion to Remand Case to Orange County Superior Court

    Cause called and counsel make their appearances. The Court's tentative ruling is issued. Counsel make their arguments. The Court takes the above referenced motions under submission.

| | 0 | : | 12 |
|---|---|---|---|
| Initials of Preparer | kjt | | |